JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NATALIE BOXALL,<br><br>    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO : 5:24-cv-02371-SSS-DTBx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br><br>Honorable Sunshine Suzanne Sykes, United States District Judge |

The Joint Stipulation is approved. This matter is hereby remanded to the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED.

DATED: January 7, 2025

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE